MARLIN & SALTZMAN, LLP
Stanley D. Saltzman, Esq. (90058)
Alan S. Lazar, Esq. (125820)
29800 Agoura Road, Suite 210, Agoura Hills, CA 91301
Tel: 818/991-8080; Fax: 818/991-8081
ssaltzman@marlinsaltzman.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Chrissie Chasteen, et al. | CASE NUMBER |
|---|---|
| Plaintiff(s), | 2:18-cv-07376-FMO-FFM |
| v. | |
| Ethicon Inc., et al. | **NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)** |
| Defendant(s). | |

PLEASE TAKE NOTICE: (*Check one*)

☑ This action is dismissed by the Plaintiff(s) in its entirety.   Dismissal is without prejudice.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____

is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

| October 4, 2018 | s/ Stanley D. Saltzman |
|---|---|
| *Date* | *Signature of Attorney/Party* |

NOTE:  ***F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.***

***F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.***